| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Thomas E Charron** | Social Security number or ITIN | **xxx–xx–5996** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Kathleen M Charron** | Social Security number or ITIN | **xxx–xx–7529** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Michigan** | Date case filed in chapter **13** | **10/1/15** |
| Case number: | **15–54513–mlo** | Date case converted to chapter **7** | **6/21/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**The court will dismiss this case without a hearing if the debtor(s) do not timely file all the required documents and if no request for a hearing on dismissal is filed within 21 days after the petition is filed. The Clerk will give notice of the hearing on dismissal only to the party requesting the hearing, the debtor and the trustee.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas E Charron | Kathleen M Charron |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8754 Hardwood Drive<br>Belleville, MI 48111 | 8754 Hardwood Drive<br>Belleville, MI 48111 |
| 4. | **Debtor's attorney**<br>Name and address | John Robert Keyes<br>300 North Huron Street<br>Ypsilanti, MI 48197 | Contact phone: (734) 662–1590 |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles Taunt<br>700 East Maple Road<br>Second Floor<br>Birmingham, MI 48009 | Contact phone: 248–647–1127 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or register online at www.pacer.gov. | **Address of the Bankruptcy Clerk's Office:**<br>211 West Fort Street<br>Detroit, MI 48226<br><br>Contact phone: 313–234–0065 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Katherine B. Gullo<br><br>Hours open:<br>8:30am–4:00pm Monday–Friday<br><br>Date: 6/21/17 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 14, 2017 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**211 West Fort St., Room 315, Detroit, MI 48226** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/12/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or register online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page **2**

15-54513-mlo    Doc 73    Filed 06/23/17    Entered 06/24/17 00:49:11    Page 2 of 4

```
                            United States Bankruptcy Court
                            Eastern District of Michigan
In re:                                                              Case No. 15-54513-mlo
Thomas E Charron                                                    Chapter 7
Kathleen M Charron
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0645-2          User: lhuts                  Page 1 of 2          Date Rcvd: Jun 21, 2017
                              Form ID: 309A                Total Noticed: 51
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2017.
```
db/jdb         +Thomas E Charron,    Kathleen M Charron,    8754 Hardwood Drive,    Belleville, MI 48111-7414
aty             David J. Montera,    P.O. Box 8108,    Bloomfield Hills, MI  48302-8108
tr             +Charles Taunt,    700 East Maple Road,    Second Floor,    Birmingham, MI 48009-6357
23783620      ++ANN ARBOR CREDIT BUREAU INC,    PO BOX 7820,    ANN ARBOR MI 48107-7820
               (address filed with court:  Ann Arbor Credit Bureau, Inc.,     Attn: Bankruptcy,
                 311 N Main Street,    Ann Arbor, MI 48104)
23783618       +Aes/Nct,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
23930274       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
23783630       +Downriver Community Fc,    4500 Biddle Ave,    Wyandotte, MI 48192-7305
23783633       +First National Bank,    Attention:FNN Legal Dept,    1620 Dodge St. Stop Code: 3290,
                 Omaha, NE 68197-0003
23841070       +First National Bank of Omaha,    1620 Dodge Street,    Stop Code 3105,    Omaha, NE 68197-0003
23827399       +Navient Solutions, Inc. on behalf of,    Michigan Finance Authority,    P.O. Box 30047,
                 Lansing, MI 48909-7547
23783638       +New York Community Ban,    1801 E 9th St Ste 200,    Cleveland, OH 44114-3103
23992595       +PNC Bank N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
23783639       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
23783640       +Rbs Nb Cc,    480 Jefferson Blvd.,    Mail Drop: RJE135,    Warwick, RI 02886-1359
23783645       +Van Buren Urgent Care,    11650 Belleville Rd.,    Belleville, MI 48111-3382
23783647      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:  Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@robertkeyeslaw.com Jun 21 2017 21:33:13      John Robert Keyes,
                 300 North Huron Street,    Ypsilanti, MI  48197
23783619       +EDI: BECKLEE.COM Jun 21 2017 21:23:00      American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
23891980        EDI: BECKLEE.COM Jun 21 2017 21:23:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
23783621        EDI: BANKAMER.COM Jun 21 2017 21:23:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
23783622       +EDI: TSYS2.COM Jun 21 2017 21:23:00      Barclays Bank Delaware,    Attn: Bankruptcy,
                 P.O. Box 8801,    Wilmington, DE 19899-8801
23882869       +EDI: WFFC.COM Jun 21 2017 21:23:00      C/O Wells Fargo Bank, N.A., as servicer,
                 Attn: Bankruptcy Dept./ MAC #D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
23951531       +E-mail/Text: bncmail@w-legal.com Jun 21 2017 21:34:02      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
23783643        EDI: CITICORP.COM Jun 21 2017 21:23:00      Unvl/citi,    Attn.: Centralized Bankruptcy,
                 Po Box 20507,    Kansas City, MO 64195
23783623       +EDI: CAPITALONE.COM Jun 21 2017 21:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
23868475        EDI: CAPITALONE.COM Jun 21 2017 21:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
23783624       +EDI: WFNNB.COM Jun 21 2017 21:23:00      Cb/westgate,    Po Box 182789,    Columbus, OH 43218-2789
23783625       +EDI: CHASE.COM Jun 21 2017 21:23:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23783626       +EDI: WFNNB.COM Jun 21 2017 21:23:00      Comenity Bank/King Sizes,    Attention: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
23783627       +EDI: WFNNB.COM Jun 21 2017 21:23:00      Comenitybank/meijer,    Po Box 182789,
                 Columbus, OH 43218-2789
23783628       +EDI: WFNNB.COM Jun 21 2017 21:23:00      Comenitybank/westgate,    3100 Easton Square Pl,
                 Columbus, OH 43219-6232
23792838        EDI: DISCOVER.COM Jun 21 2017 21:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
23783629       +EDI: DISCOVER.COM Jun 21 2017 21:23:00      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
23783631        EDI: DTEE.COM Jun 21 2017 21:23:00      Dte Energy,    One Energy Plaza/Attn: Bankruptcy,
                 2160 Wcb,    Detroit, MI 48226
23783634        EDI: FORD.COM Jun 21 2017 21:23:00      Ford Motor Credit Co,    PO Box 537901,
                 Livonia, MI 48153-7901
23803456        EDI: FORD.COM Jun 21 2017 21:23:00      Ford Motor Credit Company, LLC,    Dept 55953,
                 P.O. Box 55000,    Detroit, MI 48255-0953
23783635        EDI: FORD.COM Jun 21 2017 21:23:00      Ford Motor Credit Corporation,    Ford Motor Credit,
                 Po Box 6275,    Dearborn, MI 48121
23783636       +EDI: RMSC.COM Jun 21 2017 21:23:00      GECRB/Amazon,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
23783637       +EDI: NAVIENTFKASMSERV.COM Jun 21 2017 21:23:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
23946960        EDI: PRA.COM Jun 21 2017 21:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
23879462        EDI: Q3G.COM Jun 21 2017 21:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
24165825        EDI: Q3G.COM Jun 21 2017 21:23:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
23917456        EDI: BECKLEE.COM Jun 21 2017 21:23:00      State Farm Bank,   c/o Becket and Lee LLP,   POB 3001,
                 Malvern  PA 19355-0701
23783641       +EDI: STFM.COM Jun 21 2017 21:23:00      State Farm Financial S,   Po Box 2328,
                 Bloomington, IL 61702-2328
23838587       +E-mail/Text: bncmail@w-legal.com Jun 21 2017 21:34:02      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
23783642       +EDI: WTRRNBANK.COM Jun 21 2017 21:23:00      Td Bank Usa/targetcred,   Po Box 673,
                 Minneapolis, MN 55440-0673
23783632        EDI: USBANKARS.COM Jun 21 2017 21:23:00      Elan Financial Service,   777 E Wisconsin Ave,
                 Milwaukee, WI 53202
23783644        EDI: USBANKARS.COM Jun 21 2017 21:23:00      Us Bank,   4325 17th Ave S,   Fargo, ND 58125
23783646       +EDI: WFFC.COM Jun 21 2017 21:23:00      Wells Fargo,   Po Box 14517,   Des Moines, IA 50306-3517
23989605       +EDI: WFFC.COM Jun 21 2017 21:23:00      Wells Fargo Card Services,   1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
23946615        EDI: ECAST.COM Jun 21 2017 21:23:00      eCAST Settlement Corporation,   POB 29262,
                 New York NY 10087-9262
                                                                                              TOTAL: 35

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:

```
              Brian Paul Yoho    on behalf of Creditor    Wells Fargo Bank, N.A. easternecf@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
              Charles Taunt    teetaunt@tauntlaw.com,    cjt@trustesolutions.net
              David J. Montera    on behalf of Joint Debtor Kathleen M Charron david_montera@yahoo.com
              David J. Montera    on behalf of Debtor Thomas E Charron david_montera@yahoo.com
              Jason Kellogg Wright    on behalf of Creditor    Discover Bank jwright@weltman.com
              John Robert Keyes    on behalf of Joint Debtor Kathleen M Charron ecf@robertkeyeslaw.com,
               chris@robertkeyeslaw.com;R40283@notify.bestcase.com
              John Robert Keyes    on behalf of Debtor Thomas E Charron ecf@robertkeyeslaw.com,
               chris@robertkeyeslaw.com;R40283@notify.bestcase.com
              Tammy L. Terry    mieb_ecfadmin@det13.net
                                                                                              TOTAL: 8
```