UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
THOMAS E. CHARRON  CHAPTER 13
KATHLEEN M. CHARRON  Case No. 15-54513-MLO
Judge MARIA L. OXHOLM

**CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S
FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT**

I hereby certify that on June 29, 2017, I electronically filed the Chapter 13 Standing Trustee's Final Report and Account with the Clerk of the Court using the ECF system .

The following parties were served electronically:

Robert Keyes Law, Pllc
300 North Huron Street
Ypsilanti, MI  48197

I also hereby certify that on 6/29/2017, I served the following parties a copy of the Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

THOMAS E. CHARRON
KATHLEEN M. CHARRON
8754 HARDWOOD DRIVE
BELLEVILLE, MI  48111

I further hereby certify that on 6/29/2017, I served the attached list with a Summary of Final Report via First Class Mail by causing the same to be deposited in a United States Postal Box with the lawful amount of postage affixed thereto:

/S/ TERRI DOOMS

For Tammy L. Terry Trustee
Office of the Chapter 13 Standing Trustee-Detroit
535 GRISWOLD
SUITE 2100
DETROIT, MI  48226
(313)967-9857
mieb_ecfadmin@det13.net

THOMAS E. CHARRON
KATHLEEN M. CHARRON
8754 HARDWOOD DRIVE
BELLEVILLE, MI 48111

AES/NCT
AES/DDB
PO BOX 8183
HARRISBURG, PA 17105

AMERICAN EXPRESS CENTURION
BANK
C/O BECKET AND LEE LLP
P O BOX 3001
MALVERN, PA 19355-0701

ANN ARBOR CREDIT BUREAU, INC.
ATTN: BANKRUPTCY
311 N MAIN STREET
ANN ARBOR, MI 48104

BANK OF AMERCA N A
P O BOX 15102
WILMINGTON, DE 19886-5102

BANK OF AMERICA
ATTENTION: RECOVERY
DEPARTMENT
4161 PEIDMONT PKWY.
GREENSBORO, NC 27410

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
P.O. BOX 8801
WILMINGTON, DE 19899

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE LP
P O BOX 71083
CHARLOTTE, NC 28272-1083

CB/WESTGATE
PO BOX 182789
COLUMBUS, OH 43218

CERASTES LLC
C/O WEINSTEIN AND RILEY PS
P O BOX 3978
SEATTLE, WA 98124-3978

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850

COMENITY BANK/KING SIZES
ATTENTION: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

COMENITYBANK/MEIJER
PO BOX 182789
COLUMBUS, OH 43218

COMENITYBANK/WESTGATE
3100 EASTON SQUARE PL
COLUMBUS, OH 43219

DISCOVER BANK
DISCOVER PRODUCTS INC
P O BOX 3025
NEW ALBANY, OH 43054-3025

DISCOVER BANK
P O BOX 3025
NEW ALBANY, OH 43054-3025

DISCOVER FIN SVCS LLC
POB 15316
WILMINGTON, DE 19850

DOWNRIVER COMMUNITY FC
4500 BIDDLE AVE
WYANDOTTE, MI 48192

DTE ENERGY
ONE ENERGY PLAZA/ATTN: BANKRUPTCY
2160 WCB
DETROIT, MI 48226

ECAST SETTLEMENT CORPORATION
P O BOX 29262
NEW YORK, NY 10087-9262

ELAN FINANCIAL SERVICE
777 E WISCONSIN AVE
MILWAUKEE, WI 53202

FIRST NATIONAL BANK
ATTENTION:FNN LEGAL DEPT
1620 DODGE ST. STOP CODE: 3290
OMAHA, NE 68197

FIRST NATIONAL BANK OF OMAHA
1620 DODGE ST
OMAHA, NE 68102-1596

FORD MOTOR CREDIT CO
PO BOX 537901
LIVONIA, MI 48153-7901

FORD MOTOR CREDIT COMPANY LLC
DEPT 55953
P O BOX 55000
DETROIT, MI 48255-0953

FORD MOTOR CREDIT CORPORATION
FORD MOTOR CREDIT
PO BOX 6275
DEARBORN, MI 48121

GECRB/AMAZON
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL, GA 30076

JOHN ROBERT KEYES
300 NORTH HURON STREET
YPSILANTI, MI 48197

KATHLEEN M. CHARRON
8754 HARDWOOD DRIVE
BELLEVILLE, MI 48111

KILPATRICK & ASSOCIATES
615 GRISWOLD #1305
DETROIT, MI 48226

NAVIENT
PO BOX 9500
WILKES BARRE, PA 18773

NAVIENT SOLUTIONS INC
PO BOX 7074
INDIANAPOLIS, IN 46207

NEW YORK COMMUNITY BAN
1801 E 9TH ST STE 200
CLEVELAND, OH 44114


PNC BANK
P O BOX 94982
CLEVELAND, OH 44101


PNC BANK, N.A.
PO BOX 3180
PITTSBURGH, PA 15230


PORTFOLIO RECOVERY ASSOCIATES
LLC
P O BOX 12914
NORFOLK, VA 23541


QUANTUM3 GROUP LLC
P O BOX 788
KIRKLAND, WA 98083-0788


QUANTUM3 GROUP LLC
MOMA FUNDING LLC
P O BOX 788
KIKLAND, WA 98083-0788


QUANTUM3 GROUP LLC
COMENITY BANK
P O BOX 788
KIRKLAND, WA 98083-0788


RBS NB CC
480 JEFFERSON BLVD.
MAIL DROP: RJE135
WARWICK, RI 02886


STATE FARM BANK
BECKET & LEE LLP
P O BOX 3001
MALVERN, PA 19355


STATE FARM FINANCIAL S
PO BOX 2328
BLOOMINGTON, IL 61702


TAMMY L. TERRY
BUHL BUILDING
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226


TD BANK USA N A
C/O WEINSTEIN & RILEY P S
P O BOX 3978
SEATTLE, WA 98124


TD BANK USA/TARGETCRED
PO BOX 673
MINNEAPOLIS, MN 55440


TROTT LAW PC
31440 NORTHWESTERN HIGHWAY
SUITE 200
FARMINGTON HILLS, MI 48334


UNVL/CITI
ATTN.: CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO 64195


US BANK
4325 17TH AVE S
FARGO, ND 58125


VAN BUREN URGENT CARE
11650 BELLEVILLE RD.
BELLEVILLE, MI 48111


WELLS FARGO
PO BOX 14517
DES MOINES, IA 50306


WELLS FARGO BANK N A
MAC#X2302-04C
ONE HOME CAMPUS
BANKRUPTCY CASH MANAGEMENT
DES MOINES, IA 50328

WELLS FARGO CARD SERVICES
P O BOX 9210
DES MOINES, IA 50306


WELLS FARGO HOME MORTGAGE
8480 STAGECOACH CIRCLE
FEDERICK, MD 21701


WELTMAN WEINBERG ET AL
525 VINE STREET  SUITE 800
CINCINNATI, OH 45202